Case No. 10-5401

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

MIDWEST AGENCY SERVICES, INC.,

    Plaintiff - Appellant

v.

PREMIER DEALER SERVICES, INC.,

    Intervenor - Plaintiff - Appellant

v.

JP MORGAN CHASE BANK NA; CHASE AUTO FINANCE CORP.; CHASE INSURANCE AGENCY, INC.,

    Defendants - Appellees

   In accordance with Rule 33(d), Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                   **ENTERED PURSUANT TO RULE 33(d),
                                   RULES OF THE SIXTH CIRCUIT**
                                   Leonard Green, Clerk

Issued: July 02, 2010